ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Dragados USA, Inc. | ) | ASBCA Nos. 59345, 59684, 60409 |
| | ) | 60441, 60630 |
| | ) | |
| Under Contract No. W912EP-08-C-0011 | ) | |

APPEARANCES FOR THE APPELLANT:          Stephen B. Shapiro, Esq.
                                        Jessy J. Vasquez, Esq.
                                          Holland & Knight, LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Thomas H. Gourlay, Jr., Esq.
                                          Engineer Chief Trial Attorney
                                        Charles T. Pino, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Jacksonville

OPINION BY ADMINISTRATIVE JUDGE WILSON

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $16,500,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 28 July 2017

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur


RICHARD SHACKLEFORD                           J. REID PROUTY
Administrative Judge                          Administrative Judge
Acting Chairman                               Acting Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59345, 59684, 60409, 60441, 60630, Appeals of Dragados USA, Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2